1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11   ERICKA HERNANDEZ,                     )     CASE NO.  14-533 AGR
                                           )
12            Plaintiff,                    )
                                           )     JUDGMENT
13        vs.                              )
                                           )
14   CAROLYN W. COLVIN, Commissioner       )
     of Social Security,                   )
15                                          )
              Defendant.                    )
16   _____  )
17
18        IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that
19   this action is remanded to the Commissioner for further proceedings consistent with
20   the Memorandum Opinion and Order.
21
22   DATED: February 25, 2015        _____
23                                        ALICIA G. ROSENBERG
                                          United States Magistrate Judge
24
25
26
27
28