1 Erika Bailey Drake (SBN 248034)
2 edrake@drakeanddrake.com
  Roger D. Drake (SBN 237834)
3 rdrake@drakeanddrake.com
4 23679 Calabasas Road, Suite 403
  Calabasas, California 91302
5 Telephone: 818.438.1332
6 Facsimile: 818.854.6899
7 Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICKA HERNANDEZ, | ) |
| | ) CASE NO.: 2:14-cv-00533-AGR |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| CAROLYN W. COLVIN, Acting | ) AWARDING EAJA FEES |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND TWO HUNDRED EIGHTY DOLLARSAND 00/100 ($2,280.00) subject to the terms of the stipulation.

DATED: April 17, 2015

_____
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

-1-